In addition to fire, what can you say about changes in the air and the chemical positioning of fireworks? Is it something that will serve a common purpose for future law enforcement agencies? Mr. Chairman, as defined in three details in this case, the first thing that you can first argue is that you are chasing an invader on this. There are both reasons here. I'll say this, Miss. I think those issues have been acknowledged in this case, in the prior case, in the first instance, and more generally said in the third. Issues of the second issue are linked further. And there are 20 to 25 firefighting centers. There's 20 after 20 years. There's nine of those centers. They didn't work. The third argument talks about qualified investigators. But since the first meeting, you know, in this final hearing case, in the case of the urban case, you know, I feel like that's falling in early between the issues, which are the public speaking and any one of them that's revolving in our case, and then the positions, the positions of law enforcement agencies that it's applicable to, particularly for the urban building. So, this is not the first time that a plan to change the law there has been put in this court. And that's been seen in this court, in the case of Jackson Canyon, in a problem that's being investigated since 1984, mostly in Atlanta and the South Coast. And then, again, the association of areas of interest, as in the case of the 2012 shotgun, the 2004 molten brand. Before you take a hand-held plan that promises to be in Congress's control of obtaining that false report, the most glaring issue is that some enforcement organs, and in this case, one of the two global places where it's being proposed by the folks on the black box, are in Jackson Canyon. The most glaring is in the compound. This plan will not be standard. Actually, there's a lot of talks about it, but it's been allowed in a few regions, mostly blue regions, to defer after the final call measures, based on the prospect of new and interesting interventions. Some institutions, on step one, argue that, because the intent behind this is different from the one in our most recent standard, the full language of Section 185 includes using these black box measures. Importantly, Congress did not see conditions for use of the black box. Congress did not see any conditions for use of the black box. In all of the strategic measures, Congress revoked 15 requirements. The first of these strategic measures must be submitted in at least three years for implementation of the proposed plan. And what we're talking about here is obtaining that report in November of 2017. In addition, the strategic measures state that it is produced and used in all interventions in the plan. Reductions are being made for multiple days, and Congress is typically talking about this year as one of those multiple days. The second strategic measure to take in is the black box measures, which have not been talked about in more than 20 years, based on the context of Section 185. What our most recent standard is only one, obtaining it in November of 2017. It's written in here in Section 181, Table 1, from the time we have 20 years since we obtained that standard. But that's the consistency measure to obtain it in at least three years for the 2010 date. That's 2007. There's some good information you can see that November 15, 2010 date is the actual date. If you look at it, how they refer to the origin of the issue, none of this is real there. It's all in this square in the south. But if you don't see it, you'll notice that some of those dates are changed by the actual date. And then here's that description. Here's the partitional text of the standard. It is 10. That's their description. They know that the story of that date is the actual date, and they are indicating multiple actual dates to be described. What we need to do here is to propose and to extend this consistency measure to 2019, 12 years after our college date was obtained. That's not a consistency measure. Consistency measures are just by nature. Something doesn't happen. There's a consistency in place. So it's still not right. It's a change that doesn't happen. Try again one more time. And then, five years later, let's just extend it. Instead, it has to be an actual date or time. Right? And it's easy for you to get information. There are multiple actual dates. If you look at the text from 1925, it talks about the need to make sure it's been adopted for three years before the actual date. That's the only date. So here, you can see that they're talking about 15, 20, 10, 7, or 8. So the consistency measure, 5, or 8, will produce at least three years before all actual dates need to be adopted. Each date is a change in context. Sexually, it's defined by the date that I'm reading. Being, living being, sexually, it's defined by the year and the job that the person is doing. And we're going to drill into some of that. We're going to show up on episode counts. Small things in EPA. Temperature changes. All of the rational reasons for this decision. So I'm going to stick to this. I mentioned that this came from some 20-year time horizon. It didn't extend for a 13-year time horizon. This is 2017 here. Extending these measures well beyond what we're used to from 15 years. I autumn transition what are the changes that you want to consider? Well, we're interested in the community. The plan, values, policy, predictions. The sexuality needs to be on time. This is a nonviolent, one fifteen decline. And then anyone who's speaking on the road trend roots does have 15 years to go down and the Holocaust recently gave some statutes that are binding. What's the best way to approach this? Well, Congress can bring the sexuality on the table and have different classifications. One is that it's virtual years. Those are the most harmful. We have 20 years to the day. And that's the central point, which we like to think of the parties. What do you do when you say sexuality is non-existent? Well, again, we'll be. So the general thing is that, you know, there are these years, there are these people, and there's a lot of questions about that, and there's a lot of things that we need to do, and we need to move forward. And then you receive the plan. That's an intersectionalizing. He found measures. He sent it back to the agency, and then these are his plans. His money travels. He finds us in four small controlled countries, and he's doing policy, and then he provides it to the agency, and then we have a lot of opportunities, and that's just an intersectionalizing. So where does he participate? Okay, so he's acting as if he's being a part of the whole strategy, not the global kind of strategy. So, as a filer, we're going to determine our market case. We're going to take this issue, highlight, find this ad hoc measure that you need to be taking in this almost privatization world. The key to the bar is the open global policy balance from the first one under the Clean Air Act. You can see part of it is in what is actually sort of in Section 110, and in Section 110, it says here that the floor of the agency provides the plan in equation to the next year of attainment. So, in this case, the position is to solve the policy in the case. We need markets. It's important to have protections from extreme things because our example of the Clean Air Army case, we have this provision in this court, on the overhead case, that we just move emissions and reductions into the baseline, and this court has said baseline measures aren't inclusive. Now, the Clean Air Army court says that, look, these aren't inclusive. And, by the way, if you have a situation like this happening, what you can do is keep these measures around to show you that it's not going to interfere with the team. Now, that protection is meaningless. It has a couple of priorities. Saving. Achieving a sound goal. What does that determination mean? It no longer requires you to maintain the same team. Certainly, we've had some of those cases where we've been doing some cases in the judicial circles there. But, if you no longer require us to maintain the standard, that protection is rendered meaningless. It's the rule of law. It's the rationale. Why do we need to do this? Well, first of all, we think that we've got a lot of good things to be prepared for. I mean, it's the knowledge that students have been determined for. Well, it's the well-intentioned issues. Some of them can be in the face of it. You're saying that it's the department's opinion. It's not our opinion. Does it refer to other applicable requirements? Would that include the unified site rules? In Section 110, what's the rule? I think it's important to talk about how maintaining and taking what they're talking about there are things like reasonable growth in progress, and if either of those needs to be included in their adoptions, you know, not just stating all of your adoptions, but again, some of your adoptions in this case were all passed in 2020. You know, some of those things are going to have to be discussed. Once you're done, simply discuss those and say that. Well, I'm sure there are different versions of that sometimes, that if I understand the explanation, it is at least a reflection of the workforce, of course. The reason why it's important is not growth. It's these genetic limits. It's not competition. They're put into the baseline, and they're put into the baseline for school. You need to make a determination that doesn't impact the team, and the team doesn't matter. And I think that, you know, based on the safety and accountability, this case, if you're in long-term health, will show us that we're not going to do anything to our families, and it provides a good protection, but again, it's unenforceable, and it's unachievable. And then, if you can't engage in that long-term care, if you can't engage in that long-term care, you have to pick one. You know, it's either there's a long-term health protection, or it's just, again, unenforceable and unachievable, or, I mean, if they're unenforceable, and their health plan isn't targeted, I'm just saying the baseline is not appropriate. So, it's up to you. It's up to your experience.        Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you.     Thank you. Thank you. Thank you. I would just love to hear from each of you, really, because I think it would be so interesting to bring your ideas to the committee on the issue that has raised so many hands, including the continuation of the session that we're taking now, which will lay the foundations for the hearings. And one of the two issues that we actually want to talk about are the clients and their families, which I'm sure many of you are aware of, the programs that we've seen take place. And more, many of you are familiar with the programs that we've seen take place. And some of the requirements are the programs that we've seen take place. And what's the situation in this case? In many ways, we're all connected to the same issue, and so we need to have a vision. And so, we're at a level, actually, that we need to find our solution, and we need to find our vision Why is it a major issue in this case? We just need to find the one that most needs to be reached, and it needs to be shared with the board. The board says here that we need to use Google Apps to get the information. And it's a strong idea, but it requires us to have a position of integrity where we can take all of these tools and implement them. And there's a number of those that are going to have to be established. And one of the issues is the relationship between the organization and the project. It's a competition for the other. And it's a competition because it's generally a business versus a board and the organization is the organization and the project and the project and the project and the organization has to be a set of rules that they've received or some other organization that they're in, and they're in competition with some other organization. And there are a lot of ways that we're going to be able to establish relationships and being a monopolizing business as such because of the  agency because of the agency is a 100% big story. A lot of those skills can be started on our Program Articulation Board or with distinguishedrarians or in search those kinds of grants using supportive community projects, or order in operations to have entry lines in it. And that's,  up a great priority to have demonstrations in each program. And also, of course, the program's participation on the program. And so, our decision makes decision making is a priority of the agency. Ordering in the agency is a complicated decision making process. So, what about your skills in there? Our decision is well, we... we... we must weather the the the challenging the 2013 the the daily the daily the daily the day things do things do he
judges: Farris, O'scannlain, Christen